PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Elior Rosenkrantz                               Cr.: 05-00797-001
                                                                  PACTS Number: 42369

Name of Sentencing Judicial Officer: The Honorable Joseph A. Greenaway, Jr.

Date of Original Sentence: 01/30/07

Original Offense: Bulk Cash Smuggling; Making False Statements to the Department of Homeland Security

Original Sentence: 41 Months Imprisonment; 3 Years Supervised Release

Type of Supervision: Supervised Release                Date Supervision Commenced: 11/6/09

### PETITIONING THE COURT

[ ]  To extend the term of supervision for        Years, for a total term of        Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall participate in a mental health program for evaluation and/or treatment as directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office.

### CAUSE

The offender suffers from depression and is in need of mental health treatment and counseling.

Respectfully submitted,
By: Leslie M. Vargas
U.S. Probation Officer
Date: 03/09/10

---

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer
U.S.C.J. sitting by designation on the District Court

3/22/10
Date

## ACKNOWLEDGMENT AND REQUEST FOR HEARING

    I, Elior Rosenkrantz, hereby acknowledge receipt of the Notice of Request for Modification of the Conditions of Probation, and request a hearing thereon with my reasons stated below:

Signed:_____<br>(Date)

------------------------------------------------------------------------

## ACKNOWLEDGMENT AND WAIVER OF HEARING

    I, Elior Rosenkrantz, hereby acknowledge receipt of the Notice of Request for Modification of the Conditions of Supervision. I have read the Notice and understand that I have the right to a hearing before the Court on that request and to the assistance of counsel at the hearing. However, I hereby waive (give up) my right to a hearing and agree to the proposed modifications of conditions of probation. I also certify that no promises have been made to me in order to induce me to give up my right to a hearing.

Signed: <i>[signature]</i> 4/26/10<br>(Date)

WITNESS:

<i>Maureen O'Hara</i>
Name

<i>1600 Arch St., Suite 2400, Phila, PA 19106</i>
Address